IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>KMART CORPORATION,<br><br>    Defendant. | Civil Action No. 04-1315 (GMS) |

**DEFENDANT KMART CORPORATION'S
MOTION TO DISMISS THE COMPLAINT**

Defendant Kmart Corporation hereby moves to dismiss the Complaint of plaintiff Equal Employment Opportunity Commission for failure to state a claim upon which relief can be granted, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, with prejudice, and for such other and further relief as the Court may deem just and proper.

OF COUNSEL:

Dona S. Kahn, Esq.
Gail M. Eckstein, Esq.
ANDERSON KILL & OLICK, P.C.
A New York Professional Corporation
1251 Avenue of the Americas
New York, New York 10020-1182
(212) 278-1000
Dkahn@andersonkill.com
Geckstein@andersonkill.com

Dated: March 2, 2005

       /s/ Dawn N. Zubrick
Dawn N. Zubrick, Esq. (# 4327)
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899
302-571-9800
Dzubrick@dilworthlaw.com

Attorneys for Defendant
Kmart Corporation

NYDOCS1-765436.1

593011_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that, on March 2, 2005, I electronically filed Defendant Kmart's Motion to Dismiss the Complaint with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Patricia Hannigan, Esquire
>Assistant U.S. Attorney
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19899-2046

I hereby certify that, on March 2, 2005, I have also mailed, by United States Service, Kmart's Motion to Dismiss the Complaint to the following participants:

>Patricia Hannigan, Esquire
>Assistant U.S. Attorney
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19899-2046
>
>Woody Anglade, Esquire
>Equal Employment Opportunity Commission
>Philadelphia District Office
>The Bourse Building
>21 S. 5th Street, Suite 400
>Philadelphia, PA 19106

Dawn N. Zubrick (#4827)
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, Delaware 19801
(302) 571-9800
dzubrick@dilworthlaw.com