IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>vs.<br><br>KMART CORPORATION,<br><br>     Defendant. | Civil Action No. 04-1315 (GMS) |

**[PROPOSED] ORDER GRANTING KMART CORPORATION'S
MOTION TO DISMISS THE COMPLAINT**

**WHEREAS**, upon the reading and filing of the Brief In Support Of Defendant's Motion To Dismiss The Complaint dated March 2, 2005, and due deliberation having been had thereon,

**IT IS HEREBY ORDERED** that the motion is **GRANTED,** dismissing all claims against Kmart Corporation with prejudice.

SO ORDERED this _____ day of March, 2005.

                   _____
                   The Honorable Gregory M. Sleet