**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : : : | |
| Plaintiff, : | |
| v. : | Civil Action No. 04-1315-GMS |
| : | |
| K-MART CORPORATION, : | |
| : | |
| Defendant. : | |

**NOTICE OF SERVICE**

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 1, 2005**, Woody Anglade, Trial Attorney, Equal Employment Opportunity Commission, caused copies of the foregoing document:

    **PLAINTIFF EEOC'S INITIAL DISCLOSURES**

to be served via Federal Express and/or U.S. Mail, upon counsel at the following address:

**Dawn Zubrick, Esquire**
Dilworth Paxson LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899
dzubrick@dilworthlaw.com

**Via U.S. Mail**

**Dona S. Kahn, Esquire**
Gail M. Eckstein, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**Via Federal Express**

COLM F. CONNOLLY
United States Attorney

    /s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: **March 3, 2005**