**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1315-GMS |
| K-MART CORPORATION, | : : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 4, 2005**, Woody Anglade, Trial Attorney, Equal Employment Opportunity Commission, caused copies of the foregoing document:

**PLAINTIFF EEOC'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS ADDRESSED TO DEFENDANT**

to be served via Hand-Delivery and/or U.S. Mail, upon counsel at the following address:

| | |
|---|---|
| **Dawn Zubrick, Esquire** <br> Dilworth Paxson LLP <br> 702 North King Street, Suite 500 <br> First Federal Plaza <br> Wilmington, DE 19899 <br> dzubrick@dilworthlaw.com <br><br> **Via Hand-Delivery** | **Dona S. Kahn, Esquire** <br> Gail M. Eckstein, Esquire <br> Anderson Kill & Olick, P.C. <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br><br> **Via U.S. Mail** |

COLM F. CONNOLLY
United States Attorney

    /s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Dated: **March 4, 2005**