# U.S. Department of Justice



*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*            (302) 573-6277 x 156
*1007 Orange Street, Suite 700*   FAX (302) 573-6220
*P.O. Box 2046*                   TTY (302) 573- 6274
*Wilmington, Delaware 19899-2046* Toll Free (888) 293-8162
                                  Patricia.Hannigan@usdoj.gov

April 8, 2005

Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 North King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

      Re:    **EEOC v. K-Mart Corporation**
               **Civil Action Number 04-1315**

Dear Judge Sleet:

      I write, suffused with apologies, to correct several inaccuracies in the Proposed Scheduling Order submitted by the parties on March 18, 2005, under cover of a letter of that date from myself.  D.I.-20.

      Although I have been unable to reach lead counsel for either party to review the enclosed revised Scheduling Order, I believe it accurately reflects Your Honor's rulings during our scheduling conference of March 10, 2005.  Minor changes have been made to paragraphs 1, 2, 6, 7, 10 and 11.  Some of these changes simply update the document rather than correct previous errors.

      I very much regret that the obviously faulty review by counsel of our original submission inappropriately put the burden on Your Honor's staff to find the errors and to contact my office to make corrections.

      On another topic, the parties have been spending considerable time researching and discussing the bankruptcy issues in this case, and continue to do so. We will report back to the Court as soon as possible on those issues, and in any event within thirty days of today's date.

                                         Respectfully submitted,

                                         /s/ Patricia C. Hannigan
                                       Patricia C. Hannigan
                                       Assistant United States Attorney
                                       Delaware Bar I.D. No. 2145
                                       The Nemours Building
                                       1007 Orange Street, Suite 700
                                       P. O. Box 2046
                                       Wilmington, DE 19899-2046

PCH:md
Enclosure

cc:    Clerk/USDC (via Hand-Delivery)
        Dawn N. Zubrick, Esquire (via CM/ECF notification)
        Dona S. Kahn, Esq. (U.S. mail)
        Woody Anglade, Trial Attorney/EEOC