IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1315-GMS |
| K-MART CORPORATION, | : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **7th** day of **June, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, June 21, 2005 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the settlement negotiations. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE