IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 04-1315-GMS <br> : |
| K-MART CORPORATION, | : <br> : |
| Defendant. | : |

## **ORDER**

  At Wilmington this **20th** day of **June, 2005**.

  IT IS ORDERED that the teleconference scheduled for Tuesday, June 21, 2005 at 8:30 a.m. with Magistrate Judge Thynge to discuss the status of the settlement negotiations is canceled.  Counsel are to contact the Magistrate Judge should they desire court-assistance with settlement.

  Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

            /s/ Mary Pat Thynge
            UNITED STATES MAGISTRATE JUDGE