IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KMART CORPORATION,<br><br>Defendant. | Civil Action No. 04-1315 (GMS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**TO THE CLERK OF THE COURT:**

Kindly withdraw my appearance on behalf of Kmart Corporation, Defendant in the above-referenced action.

_____
Dawn N. Zubrick
Identification No. 4327
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of Kmart Corporation, defendant in the above-referenced action.

_____
Martin J. Weis
Identification No. 4333
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899

613928_1

## CERTIFICATE OF SERVICE

I, Dawn N. Zubrick, do hereby certify that on this 8th day of August, 2005, I served a copy of the Notice of Substitution of Counsel on counsel of record by first class mail, postage prepaid as follows:

Patricia Hannigan, Esquire
Assistant U.S. Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046


Woody Anglade, Esquire
Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse Building
21 S. 5th Street, Suite 400
Philadelphia, PA 19106

_____
Dawn N. Zubrick

613928_1