IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KMART CORPORATION, )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-1315 (GMS) |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a), the parties, through their undersigned counsel, hereby stipulate to the dismissal of the captioned action, with prejudice, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Philadelphia District Office
21 S. 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2814

By: _____
Woody Anglade

Dated: Philadelphia, Pennsylvania
September 8, 2005

Respectfully submitted,

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

By: _____
Michael J. Lane

Dated: New York, New York
September 8, 2005

U.S. DEPARTMENT OF JUSTICE
DISTRICT OF DELAWARE
Asst. U.S. Attorney, Civil Division
1007 Orange Street, Suite 700
Wilmington, DE
(302) 573-6277
DE Bar ID# 2145

By: _____
　　　Patricia C. Hannigan

Dated: Wilmington, Delaware
　　　　September 13, 2005

DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
(215) 575-7136
DE Bar ID# 4333

By: _____
　　　Marty Weis

Dated: Philadelphia, Pennsylvania
　　　　September 29, 2005

SO ORDERED:

_____
Gregory M. Sleet, U.S.D.J.